THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4261
maugustine@bayardfirm.com

October 11, 2005

**VIA HAND DELIVERY**

Chambers of the Honorable Kent A. Jordan
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

Re: *In re NationsRent, Inc., et al.*
*Case No. 01-11628*

Dear Judge Jordan:

Pursuant to today's hearing in the above-referenced matter, I enclose for your review and entry the proposed Scheduling Order with revised caption.

As always, counsel is available should the Court have any questions or concerns.

Sincerely,

M. Augustine

Mary E. (Meg) Augustine

MEA

Enclosure

604732v1