# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Vermeer Northeast*
Attn: President/CEO
1235 Route 9, Castleton ON
Hudson, NY 12033-9646

Mary E. Augustine (No. 4477)